# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JUANA BAUTISTA KAPOOR,

Appellant,

v.

DAVID KORNBLUTH,

Appellee.

No. 2D2025-0070

————————————————

February 13, 2026

Appeal from the Circuit Court for Pinellas County; Elizabeth Jack, Judge.

Oxalis B. Garcia of Oxalis & Berry Law Firm, P.A., Clearwater, for Appellant.

Keith D. Silverstein of Keith D. Silverstein, P.A., Miami, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.